PROB 12A
(01/13)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington
### Report on Offender Under Supervision

**Name of Offender:**  Kyle Baxter                                    **Case Number:** CR14-5296RJB-001
**Name of Judicial Officer:**  The Honorable Robert J. Bryan, United States District Judge
**Date of Original Sentence:**    10/16/2014                          **Date of Report:** 03/14/2017
**Original Offense:**        False, Fictitious, and Fraudulent Claims
**Original Sentence:**       24 months custody followed by three years TSR
**Type of Supervision:**  Supervised Release                         **Date Supervision Commenced:** 08/19/2016
**Special Conditions Imposed:**

☐ Substance Abuse          ☒ Financial Disclosure          ☒ Restitution: $255,003
☐ Mental Health            ☐ Fine                          ☐ Community Service
☒ Other: Search, MRT

## NONCOMPLIANCE SUMMARY

The probation officer believes that Kyle Baxter has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to make restitution as directed during the months of November 2016, December 2016, and January 2017, in violation of a special condition. |

U.S. Probation Officer Action:

On August 24, 2016, Mr. Baxter agreed to pay $50 per month toward restitution. The first of these payments was due on October 15, 2016.

In anticipation of our meeting to address his failure to make restitution as directed, Mr. Baxter made a $100 payment on February 16, 2017. During that meeting, he agreed to make double payments until he was no longer in arrears. He is gainfully employed and is in compliance with all other conditions of supervised release.

The Honorable Robert J. Bryan, United States District Judge
Report on Offender Under Supervision

It is respectfully recommended that the Court endorse the U.S. Probation Officer's actions. Baxter's failure to make restitution payments as directed, which is cited in this report, may be alleged in a violation proceeding at a later time in the event of further noncompliance.

I swear under penalty of perjury that the foregoing is true and correct.
Executed on this 14th day of March, 2017.

APPROVED:

Connie Smith
Chief U.S. Probation and
Pretrial Services Officer
BY:

Donald E. Moon
U.S. Probation Officer

Brian Johnson
Supervising U.S. Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☑ Judicial Officer endorses the U.S. Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Signature of Judicial Officer

15 March 2017
Date